```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| **JONTAE A'RON AUSTIN FISCHIETTIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 24-cv-02353-MSN-tmp |
| ) | |
| **SHELBY COUNTY, TENNESSEE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING PLAINTIFF'S MOTION AS PREMATURE**

*Pro se* Plaintiff Jontae A'ron Austin Fischiettie filed a motion requesting that the court order production of documents from Defendant Shelby County. (ECF No. 8.) However, Shelby County has not yet responded to Fischiettie's complaint and a scheduling order has not yet been entered. Therefore, the plaintiff's motion DENIED as premature. The defendant must first appear and respond to the complaint, a scheduling conference is held, and a scheduling order must be entered pursuant to Rule 16(b). After all of these steps have been taken, and after he attempts to obtain discovery from the defendant, may Fischiettie file a motion for discovery.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

June 4, 2024
Date